IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RONALD BARKER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF THE ARMY,<br><br>　　　　　Defendant. | CV 19-168-M-DWM<br><br><br><br>JUDGMENT |

　　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

　　IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the Defendant consistent with the Court's Order dated April 20, 2020, and the action is dismissed without prejudice for lack of subject matter jurisdiction.

　　Dated this 20th day of April, 2020.



TYLER P. GILMAN, CLERK

By: /s/ Nicole Stephens
Nicole Stephens, Deputy Clerk